UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GAUGHAN GAMING - NATIVE LIGHTS, LLC, and GAUGHAN GAMING - TONKAWA, LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: CIV-11-330-HE |
| v | ) ) | |
| THE TONKAWA TRIBE OF INDIANS OF OKLAHOMA and THE TONKAWA TRIBAL GAMING COMMISSION, | ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

The Plaintiffs, Gaughan Gaming – Native Lights, LLC and Gaughan Gaming – Tonkawa, LLC (collectively referred to as "Gaughan") and the Defendants, The Tonkawa Tribe of Indians of Oklahoma ("Tribe") and Tonkawa Tribal Gaming Commission ("Commission"), being all parties who have appeared herein, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., by and through their respective counsel of record, jointly stipulate as follows:

1. This action and all pending claims herein are dismissed with prejudice; and

2. The Plaintiffs, Tribe and Commission shall be responsible for and pay all of their respective attorneys fees, costs and expenses incurred in connection with the prosecution or defense of this action.

MADE AND ENTERED TO this 1st day of June, 2011.

Gaughan Gaming – Native Lights, LLC and
Gaughan Gaming – Tonkawa, LLC, Plaintiffs


By: /s/ Jimmy Goodman
Jimmy Goodman, OBA #3451
Regan S. Beatty, OBA #20349
Crowe & Dunlevy
20 N. Broadway, Suite 1800
Oklahoma City, OK 73102
(405) 235-7700
(405) 239-6699 (fax)

and

D. Michael McBride, OBA #15431
Crowe & Dunlevy
500 Kennedy Building
321 S. Boston Ave.
Tulsa, OK 74103-3313
(918) 592-9800
(918) 592-9801 (fax)


Tonkawa Tribe of Indians of Oklahoma, Defendant


By: /s/ Gary S. Pitchlynn (with permission)
Gary S. Pitchlynn, OBA #7180
O. Joseph Williams, OBA #19256
Stephanie Moser Goins, OBA #22242
Pitchlynn & Williams, PLLC
124 East Main Street
P.O. Box 427
Norman, OK 73070
(405) 360-9600
(405) 447-4219 (fax)

Tonkawa Tribal Gaming Commission, Defendant

By: /s/ Ezekiel Z.N. Zeke Fletcher (with permission)
Ezekiel Z.N. Zeke Fletcher
Roger F. Wiley
Richard J. Armstrong
Rossette & Associates PC
Boji Tower
124 W. Allergan Street, Suite 1400
Lansing, MI 48933
(517) 367-7040